# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANTE BURTON, | No. 4:24-CV-00761 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| C.O. CRAWFORD, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 17th day of December 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendants' motion (Doc. 60) for summary judgment under Federal Rule of Civil Procedure 56 is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge